AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Summer Holmes, on behalf of herself and all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Miller, Stark, Klein & Associates<br><br>*Defendant(s)* | Civil Action No. 3:18-cv-1193-J-39JRK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Miller, Stark, Klein & Associates
301 McCullough Drive, Suite 400
Charlotte, NC 28262-1336

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott A. Bursor
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*PMorawski*

Date:  **Oct 09, 2018**

*Signature of Clerk or Deputy Clerk*