**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SUMMER HOLMES, on behalf of herself
and all others similarly situated,

        Plaintiff,

vs.                         Case No.  3:18-cv-1193-J-39JRK

MILLER, STARK, KLEIN & ASSOCIATES,

        Defendant.
_____/

## O R D E R

This cause is before the Court on the Motions to Admit Counsel *Pro Hac Vice* (Doc. Nos. 7, 8; "Motions"), both filed October 22, 2018.  In the Applications, Mr. Obergfell and Mr. Arisohn seek permission to appear pro hac vice on behalf of Plaintiff and seek to have Scott Bursor act as local counsel. Motions at 1-2.  Rule 2.02(a) provides in part that a "member of the bar of this Court, resident in Florida," shall be designated as an attorney "upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney."  Although Mr. Bursor is a member of the this Court's bar, it appears he is resident in New York.  Accordingly, it is

    **ORDERED**:

The Motions to Admit Counsel *Pro Hac Vice* (Doc. Nos. 7, 8) are **DENIED without prejudice** to Mr. Obergfell and Mr. Arisohn designating local counsel who is a resident in Florida.

**DONE AND ORDERED** at Jacksonville, Florida on October 25, 2018.

                                                    JAMES R. KLINDT
                                                    United States Magistrate Judge

-2-

mdc
Copies to:
Counsel of Record