UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SUMMER HOLMES, on behalf of
herself and all others similarly
situated,

    Plaintiff,

v.                                      Case No:  3:18-cv-1193-J-39JRK

MILLER, STARK, KLEIN &
ASSOCIATES,

    Defendant.
_____

## ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), default is entered against the defendant **MILLER, STARK, KLEIN & ASSOCIATES,** in Jacksonville, Florida, on the 28th day of November 2018.

ELIZABETH M. WARREN, CLERK

s/P. Morawski, Deputy Clerk

Copies furnished to:

Counsel of Record