# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**SUMMER HOLMES, on behalf of herself and all others similarly situated,**

    **Plaintiff,**

**v.**                                                      Case No:  3:18-cv-1193-J-39JRK

**DRS PROCESSING LLC,**

    **Defendant.**

_____

## ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), default is entered against the defendant **DRS PROCESSING LLC,** in Jacksonville, Florida, on the 11th day of March, 2020.

ELIZABETH M. WARREN, CLERK

s/P. Morawski, Deputy Clerk

Copies furnished to:

Counsel of Record