# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**SUMMER HOLMES, on behalf of herself and all other similarly situated,**

    **Plaintiff,**

v.                                                           Case No.: 3:18-cv-1193-J-39JRK

**DRS PROCESSING LLC,**

    **Defendant.**

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court sua sponte. A review of the docket shows that the Clerk's Entry of Default was entered against Defendant on March 11, 2020, and no further action of record has been taken against Defendant. See Fed.R.Civ.P. 55(b); Local Rule 1.07(b). Accordingly, it is

**ORDERED** that Plaintiff is directed to file a motion for default judgment in accordance with Rule 55, Fed.R.Civ.P. or show cause in writing by **June 30, 2020**, why this action should not be dismissed for failure to prosecute.

**DONE** and **ORDERED** in Jacksonville, Florida this _23rd_ day of June, 2020.

                                                          BRIAN J. DAVIS
                                                        United States District Judge

***Copies furnished to:***

Counsel of Record

*ap*