# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

SUMMER HOLMES, on behalf of
herself and all others similarly
situated,

      Plaintiff,

v.                               Case No. 3:18-cv-1193-BJD-JRK

DRS PROCESSING LLC,

      Defendant.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court <u>sua</u> <u>sponte</u>. A review of the file

discloses that Plaintiff obtained a Clerk's Entry of Default against Defendant

on March 11, 2020 but she has not sought default judgment. (Doc. 24). When

the Court first raised this issue to Plaintiff, Plaintiff explained that she was

awaiting resolution of her motion for class certification. (Doc. 26). That

motion was granted on December 23, 2020, and Plaintiff has still not sought

default judgment in adherence to Local Rule 1.10(c) and pursuant to Federal

Rule of Civil Procedure 55.

      Accordingly, after due consideration, it is

**ORDERED:**

On or before **June 24, 2021**, Plaintiff shall **SHOW CAUSE** why this case should not be dismissed for her failure to prosecute, and Plaintiff's response shall include a proper motion for default judgment. If Plaintiff fails to respond, this case will be dismissed.

**DONE** and **ORDERED** in Jacksonville, Florida this ⎵⎵ day of June, 2021.

BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record
Unrepresented Parties